```
1  McGREGOR W. SCOTT
   United States Attorney
2  VIRNA L. SANTOS
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California  93721
   Telephone:(559) 497-4000
5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:06-MJ-00023 DLB |
|---|---|
| Plaintiff, | ) ORDER DISMISSING CRIMINAL COMPLAINT |
| v. | ) |
| CHRISTOPHER GARCIA, | ) |
| Defendant. | ) |

Pursuant to the government's motion filed on February 10, 2006, IT IS HEREBY ORDERED that the criminal complaint against Christopher Garcia be dismissed in the interest of justice. Court Further Orders Bond Exonerated for defendant Christopher Garcia.

IT IS SO ORDERED.

**Dated:   February 28, 2006**          /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE

1